IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02164 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LEO SIMMONS,

    Applicant,

v.

ARI ZAVARAS,
BOB KURTZ,
THOMAS KENNEDY,
DAVID PARRISH,
JAMES PATTERSON,
D.A. BECKET,
GORDON DENNSION OR DENISON,
PAT VANCE,
JOHN MASKA,
P.D. BRATFISCH,
D.A. STOKES,
P.D. OLSON,
D.A. BROZNAN,
ZUNKER,
P.D. NOVAK,
LARI TROGANI,
BRUN DERRINGER,
D.A. LEMAY,
D.A. LOONEY,
COLLINS,
VOS,
MICHAEL MCHENRY,
JOHN ANDERSON,
D.A. SMITH,
KEN KRAMER,
D.A. WARKENTIN,
D.A. SADLER,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 7 2008

GREGORY C. LANGHAM
CLERK

BARNEY IUPPA, and
STEVEN PELICAN,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

Mr. Simmons is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the person detained. Besides the Attorney General for the State of Colorado, the only other correct respondent in this action would be the custodian of the facility where Mr. Simmons is incarcerated. Therefore, Mr. Simmons is instructed to name only the custodian of the facility where he is incarcerated and the Attorney General of the State of Colorado as respondents in the Amended Application.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   ___    is not submitted

2

(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other: _____

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form(s): Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 2d day of October, 2008.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08-CV-02164**

Leo Simmons
Prisoner No. 62094
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on   10/7/08

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk