IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02164-BNB

LEO SIMMONS,

    Applicant,

v.

ARI ZAVARAS, Executive Director, and
BOB KURTZ, Warden,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Applicant Leo Simmons is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Huerfano County Correctional Center in Walsenburg, Colorado. On September 25, 2008, Mr. Simmons filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Magistrate Judge Boyd N. Boland entered an order on October 7, 2008, directing the Clerk of the Court to commence a civil action and instructing Applicant to file his claims on a Court-approved form used in filing 28 U.S.C. § 2254 actions and to submit a certified copy of his trust fund account statement. Mr. Simmons was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

Mr. Simmons now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 19 day of Nov., 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02164-BNB

Leo Simmons
Prisoner No. 62094
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk