IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02164-BNB

LEO SIMMONS,

    Applicant,

v.

ARI ZAVARAS, Executive Director,
BOB KURTZ, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Motion for Status and Change of Address" (Doc. # 23). Applicant requests that the Court inform him as to whether it has received his inmate account statement. The Motion is GRANTED. The Court received Applicant's inmate account statement on July 1, 2009.

    Dated: August 21, 2009